IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARYANNE KLEMMER,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL and MITCHELL INTERNATIONAL, INC., AND DR. BETTY D. LIU<br><br>Defendants.. | Civil Action No. 1:22-cv-07363-KMW-EAP<br><br>CIVIL ACTION<br><br>Returnable January 6, 2024 |

To: Martin Aaron
JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
Attorneys for Defendant
MGM Resorts International

**PLEASE TAKE NOTICE** that on January 6, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Maryanne Klemmer, through her attorney, Dana Wefer, Esq., will move before the United States District Court for the District of New Jersey, at the United States Courthouse, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, New Jersey for an Order quashing MGM's subpoena to Verizon and imposing sanctions in the form of attorneys fees and certifications that no other subpoenas have been issued without notice to Plaintiff;

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff shall rely on the Memorandum of Law, Declaration of Counsel, Declaration of Maryanne Klemmer and exhibits, and proposed form of Order submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff respectfully requests oral Argument if the motion is opposed.

Dated: December 3, 2024

*s/ Dana Wefer*
Dana Wefer, Esq.
PO Box 374
290 Hackensack Street
Wood-Ridge, NJ 07075
973-610-0491
Attorney for Plaintiff