Dana Wefer, Esq.
Attorney ID: 036062007 (New Jersey)
Law Offices of Dana Wefer
PO Box 374
290 Hackensack St.
Woodridge, NJ 07075

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARYANNE KLEMMER,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, INC., et al.,<br><br>Defendant. | CIVIL ACTION<br><br>Case No.:1:22-7363-KMW-EAP<br><br>**DECLARATION OF PLAINTIFF<br>MARYANNE KLEMMER**<br><br>**Returnable January 6, 2024** |

I, **MARYANNE KLEMMER**, being of full age, deposes and says:

1.    I am Maryanne Klemmer, Plaintiff, in the above captioned matter. I submit this declaration in support of my motion to quash MGM's subpoena to Verizon for my entire phone and voicemail records from October 1, 2021 to January 31, 2022.

2.    I learned of this subpoena the evening of November 29, 2024 when I received a notice in the mail from Verizon that they were in receipt of a subpoena and intended to release my phone records ten days from the date of the letter, which was November 25th.

3.    I am concerned about my privacy and the privacy of others that will be disclosed through my phone and voicemail records.

4.    The document attached hereto as Exhibit A is a true and accurate copy of what I received in the mail from Verizon.

I declare under penalty of perjury that the foregoing is true and correct.

By: _____
Maryanne Klemmer

Dated:  December 3, 2024

# EXHIBIT A



VERIZON SECURITY SUBPOENA COMPLIANCE

180 WASHINGTON VALLEY ROAD

BEDMINSTER NJ 07921

Phone: 888-483-2600 Fax:325-949-6916

November 25, 2024

MARYANNE KLEMMER
25 N MADISON AVE APT A8
MARGATE CITY NJ 84021084

Verizon Case #: 24618800
Docket / File #: 1:22-cv-07363-KMW-EAP
Target: 609-822-4293,901-229-0294

Dear Customer,

This is to notify you that Verizon has received a subpoena requiring the production of certain records associated with the target referenced above.

Verizon has no information as to the purpose of the subpoena or the nature of the action. Any questions you have should be directed to the party who issued the subpoena.

Please be advised that unless Verizon is provided with a motion for a protective order or a motion to quash within 10 days from the date of this letter, Verizon intends to produce the records. Motion papers can be sent to Verizon via fax number 325-949-6916.

Very truly yours,

CRYSTAL S.
VERIZON SECURITY SUBPOENA COMPLIANCE

Encl.

AO 88B (Rev 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of New Jersey    ☐▼

| | |
|---|---|
| MARYANNE KLEMMER | ) |
| _Plaintiff_ | ) |
| v. | )  Civil Action No.  1:22-cv-07363-KMW-EAP |
| MGM RESORTS INTERNATIONAL et al | ) |
| _Defendant_ | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    Verizon Communications Inc , 180 Washington Valley Road, Bedminster, New Jersey 07921

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached, Exhibit A

| Place: Jackson Lewis P.C<br>200 Connell Drive, Suite 2000<br>Berkeley Heights, NJ 07922 | Date and Time:<br><br>11/22/2024 10 00 am |
|---|---|

☐ _Inspection of Premises_  **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    11/08/2024

| CLERK OF COURT | | |
|---|---|---|
| | OR | Martin W. Aron, Esq |
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
MGM Resorts International _____ , who issues or requests this subpoena, are:
Martin W Aron, Esq., Jackson Lewis P.C , 200 Connell Drive, Suite 2000 Berkeley Heights, NJ 07922 (908) 795-5210

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT A

1.    All call and voicemail records for cellular numbers **609-822-4293 and 901-229-0294** held by Maryanne Klemmer, for the period of **October 1, 2021 through January 31, 2022**, including but not limited to records regarding:

    (1) Incoming calls; including but without limitation:
        a.   the incoming number;
        b.   length of call;  and
        c.   date of call.

    (2) Outgoing calls, including without limitation:
        a.   the target number which said outgoing call was placed;
        b.   length of call; and
        c.   date of call.

4892-7389-9255, v 1