# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARYANNE KLEMMER,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, | CIVIL ACTION<br><br>Case No.: 1:22-7363-KMW-EAP |

## ORDER

This matter having come before the Court on Plaintiff Maryanne Klemmer's Motion to Quash MGM's subpoena to Verizon;

It is on this _____ day of _____, 2024 hereby ordered that Plaintiff's motion to quash is granted;

It is further ordered that counsel for Plaintiff will submit a fee application concerning the time spent to prepare and argue the motion to the quash;

It is further ordered that by _____, MGM shall submit certifications from all attorneys and paralegals who are working on this matter, whether designated as official counsel or not, that they are not aware of any other subpoenas having been issued in this matter besides the one to Eleanor Maldonado.

_____
Elizabeth A. Pascal, Magistrate Judge

Case 1:22-cv-07363-KMW-EAP    Document 136-4    Filed 12/03/24    Page 2 of 2 PageID: 2309