## **CERTIFICATION OF SERVICE**

I certify that on this date I electronically filed Plaintiff's motion to quash MGM's subpoena to Verizon and that Plaintiff's supporting brief, certifications, and proposed form of order are available for viewing and downloading from the Court's Electronic Filing System, which records that an automated notice of filing has been generated and transmitted. I certify that all parties to this case are represented by attorneys who are registered users of the electronic filing system.

Dated: December 3, 2024            s/ Dana Wefer, Esq.
                                               Dana Wefer, Esq.
                                               P.O. Box 374
                                               290 Hackensack Street
                                               Wood-Ridge, NJ 07075
                                               Phone:  (973) 610-0491
                                               Fax:  (877) 771-2211
                                               Email: DWefer@WeferLawOffices.com
                                               Attorney for Plaintiff