NOT FOR PUBLICATION

### UNITED STATES DISTRICT COURT
### FOR THE DISCTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| MARYANNE KLEMMER, | Civil Action |
| *Plaintiff,* | No. 1:22-cv-07363-KMW-EAP |
| v. | |
| MGM RESORTS INTERNATIONAL, *et al.,* | **MEMORANDUM OPINION** |
| *Defendants.* | **AND ORDER TO SEAL** |

**THIS MATTER** comes before the Court upon the motion of Defendant MGM Resorts International ("MGM") for an Order to seal documents filed under seal in support of its Motion for Summary Judgment, its opposition to Plaintiff's Partial Motion for Summary Judgment, and its Reply in further support of MGM's Motion for Summary Judgment, filed on August 8, 2025, September 30, 2025, and October 20, 2025 (collectively, the "Materials"); and

**WHEREAS,** pursuant to Local Civil Rule 5.3(c), the Court may restrict public access to any materials or judicial proceedings upon request by any party; and it further appearing that the parties seeking to seal documents or to otherwise restrict public access must demonstrate: (a) the nature of the materials or proceedings at issue; (b) the legitimate private or public interest which warrant the relief sought; (c) the clearly defined and serious injury that would result if the relief sought is not granted; and (d) why a less restrictive alternative to the relief sought is not available; and

**WHEREAS,** the Court has entered a Discovery Confidentiality Order dated August 9, 2023 (Dkt. No. 35) permitting the parties to designate as "confidential" information including confidential proprietary business information and medical information, including in particular the medical information, business policies and procedures, and commercial services contract produced

in discovery in this case; and

**THE COURT FINDING** that sealing is warranted as to the following exhibits ("Confidential Exhibits") because of the confidential and proprietary information referenced therein:

- Exhibits 3-18, 22-36, 38-49, 51, 53, and 56-58 (*see* Dkt. No. 217-3 to -6) of the Declaration of Martin W. Aron, Esq. in support of MGM's Motion for Summary Judgment (Dkt. No. 217-2); and

- Exhibits B-G (*see* Dkt. No. 217-9) of the Declaration of Dr. Leonard Bielroy (Dkt. No. 217-8); and

- Exhibits A-F (Dkt. No. 217-11) of the Declaration of James Bruno (Dkt. No. 217-10); and

- Exhibits 1-2 and 4-6 (Dkt. No. 229-3) of the Declaration of Martin W. Aron, Esq. in opposition to Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 229-2); and

- Exhibits A-E and H (Dkt. No. 229-5) of the Declaration of Dana Howell, Esq. (Dkt. No. 229-4); and

**THE COURT FURTHER FINDING** that the sealing of the following submissions is only appropriate as to those portions that reference or discuss the Confidential Exhibits, and the remaining portions of same do not overcome the presumption of public access:

- MGM's Motion for Summary Judgment Brief (Dkt. No. 217); and
- Declaration of Martin W. Aron, Esq. in support of MGM's Motion for Summary Judgment (Dkt. No. 217-2); and
- Declaration of Dr. Leonard Bielroy (Dkt. No. 217-8); and
- Declaration of James Bruno (Dkt. No. 217-10); and
- MGM's Brief in Opposition to Plaintiff's Partial Motion for Summary Judgment (Dkt. No. 229); and
- Declaration of Martin W. Aron, Esq. in opposition to Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 229-2); and
- Declaration of Dana Howell, Esq (Dkt. No. 229-4); and
- MGM's Reply in further support of MGM's Motion for Summary Judgment (Dkt. No. 235); and

**CONSEQUENTLY**, the Court, having considered Parties' submissions without oral argument pursuant to L.Civ.R. 78.1(b); and for good cause shown,

IT IS it is on this 31st day of March 2025, **ORDERED:**

1.     MGM's Motion to Seal (Dkt. No. 236) is **GRANTED in part and DENIED in part**, as follows:

   A.   MGM's Motion to Seal the Confidential Exhibits is **GRANTED** and the following exhibits shall remain sealed:

      o   Exhibits 3-18, 22-36, 38-49, 51, 53, and 56-58 (*see* Dkt. No. 217-3 to -6) of the Declaration of Martin W. Aron, Esq. in support of MGM's Motion for Summary Judgment (Dkt. No. 217-2); and

      o   Exhibits B-G (*see* Dkt. No. 217-9) of the Declaration of Dr. Leonard Bielroy (Dkt. No. 217-8); and

      o   Exhibits A-F (Dkt. No. 217-11) of the Declaration of James Bruno (Dkt. No. 217-10); and

      o   Exhibits 1-2 and 4-6 (Dkt. No. 229-3) of the Declaration of Martin W. Aron, Esq. in opposition to Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 229-2); and

      o   Exhibits A-E and H (Dkt. No. 229-5) of the Declaration of Dana Howell, Esq. (Dkt. No. 229-4).

   B.   MGM's Motion to Seal the following submissions (the "Briefing and Declarations") is **DENIED without prejudice:**

      o   MGM's Motion for Summary Judgment Brief (Dkt. No. 217); and

      o   Declaration of Martin W. Aron, Esq. in support of MGM's Motion for Summary Judgment (Dkt. No. 217-2); and

      o   Declaration of Dr. Leonard Bielroy (Dkt. No. 217-8); and

      o   Declaration of James Bruno (Dkt. No. 217-10); and

      o   MGM's Brief in Opposition to Plaintiff's Partial Motion for Summary Judgment (Dkt. No. 229); and

      o   Declaration of Martin W. Aron, Esq. in opposition to Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 229-2); and

      o   Declaration of Dana Howell, Esq (Dkt. No. 229-4); and

      o   MGM's Reply in further support of MGM's Motion for Summary Judgment (Dkt. No. 235).

2.     By no later than April 14, 2026, MGM may file a renewed Motion to Seal the foregoing Briefing and Declarations only to the extent they reference confidential and proprietary information contained in the Confidential Exhibits. MGM must include with its

3

motion drafts of the Briefing and Declarations with proposed redactions of the specific portions of the Briefing and Declarations that reference the Confidential Exhibits, consistent with this Memorandum Opinion and Order.

3.      A copy of this Order shall be served on all counsel of record by filing on the ECF docket.

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

4